UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNNY R. GALLEGOS,
Plaintiff,

v.

UNITED PARCEL SERVICE, INC., et al.,
Defendants.

Case No.26-cv-11172-NC

**ORDER GRANTING IFP APPLICATION, SCREENING COMPLAINT UNDER 28 U.S.C. § 1915**

Re: Dkt. Nos. 1, 2

Plaintiff Johnny R. Gallegos, who is representing himself, brings this action against defendants United Parcel Service, Inc. (UPS) and Local Union No. 70, International Brotherhood of Teamsters (Local 70). Dkt. No. 1. Mr. Gallegos primarily alleges that UPS unlawfully terminated him in violation of the collective bargaining agreement between UPS and the union and that Local 70 failed to fairly represent Mr. Gallegos in grieving this termination. In conjunction with his complaint, Mr. Gallegos applied *in forma pauperis* (IFP) to proceed without paying the Court's filing fees. Dkt. No. 2.

This Order grants Mr. Gallegos's application for leave to proceed IFP. This Order also screens Mr. Gallegos's complaint and find it is sufficient.

## I. THE COURT GRANTS GALLEGO'S IFP APPLICATION

Mr. Gallegos's IFP application is granted because he has adequately demonstrated his inability to pay the Court's filing fees.

United States District Court
Northern District of California

## II. THE COMPLAINT IS SUFFICIENT

Title 28 U.S.C. § 1915(e)(2) requires the Court to screen complaints filed by persons proceeding *in forma pauperis*. In its review, the Court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); *Lopez v. Smith*, 203 F.3d 1122, 1126–27 (9th Cir. 2000) (en banc). The Court finds Mr. Gallegos's complaint sufficiently states at least one claim under § 301 of the Labor Management Relations Act of 1947, 29 U.S.C. § 185. This conclusion does not preclude defendants from asserting any applicable defenses or moving to dismiss any part of the complaint.

## III. CONCLUSION

The Court grants Mr. Gallegos's IFP application. The Court, upon screening Mr. Gallegos's complaint, finds it complies with the rules of pleading. The Court orders the United States Marshals Service to serve this Order, the complaint, and summons on defendants.

**IT IS SO ORDERED.**

Dated: October 6, 2026

NATHANAEL M. COUSINS
Chief United States Magistrate Judge